IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **V.** | *   CASE NO. 2:05-MJ-137-W |
| | * |
| **COREY HARVEY,** | * |
| | * |
| **Defendant.** | * |

## NOTICE OF APPEARANCE

Comes now the undersigned counsel and files this Notice of Appearance as attorney of record for the Defendant, Corey Harvey.

Respectfully submitted this the 3rd day of November, 2005.

                                                                        S/Bruce Maddox
                                                                         Bruce Maddox (MAD013)
                                                                          Attorney for Keith Eldridge Williams

Of Counsel:

Law Offices of Bruce Maddox
6728 Taylor Court
Montgomery, Alabama 36117
Phone: (334) 244-7333
Fax: (334) 260-9600

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| **Plaintiff,** | * |
| V. | * CASE NO. 2:05-MJ-137-W |
| **COREY HARVEY,** | * |
| **Defendant.** | * |

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to Kent Brunson, Asst. United States Attorney.

    Respectfully submitted.


                                            S/Bruce Maddox
                                            Of Counsel