**COURTROOM DEPUTY'S MINUTES**  **MIDDLE DISTRICT OF ALABAMA**

---

☑ INITIAL APPEARANCE  DATE: November 3, 2005
☐ BOND HEARING
☐ DETENTION HEARING  Digital Recording 10:16 - 10:25
☐ PRELIMINARY (EXAMINATION)(HEARING)
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor
**CASE NO.** 2:05mj137-W    **DEFENDANT NAME:** Corey Harvey
**AUSA:** Todd Brown    **DEFT. ATTY:** Bruce Maddox
Type Counsel: (√) Retained; ( ) CJA; ( ) Waived; ( ) FPD
**USPO/USPTS:** Tamara Martin
Interpreter needed: (√) NO; ( ) YES   Name:

---

| | |
|---|---|
| √ | Date of Arrest November 2, 2005 or ☐ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. |
| ☐ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ☐ | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| √ | Deft. Advises he will retain counsel. Has retained Bruce Maddox |
| ☐ | ☐ Government's ORAL Motion for Detention Hrg. ☐ to be followed by written motion; ☐ Government's WRITTEN Motion for Detention Hrg. filed |
| √ | Detention Hearing/Preliminary Examination set 11/7/05 at 10:00 a.m. |
| ☐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ☐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ☐ | Release order entered. Deft advised of conditions of release |
| ☐ | ☐ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ☐ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ☐ | Bond not executed. Defendant to remain in Marshal's custody |
| ☐ | Deft. ORDERED REMOVED to originating district |
| ☐ | Waiver of ☐ preliminary hearing; ☐ Waiver Rule 40 hearing |
| ☐ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ☐ | ARRAIGNMENT ☐ HELD. Plea of NOT GUILTY entered. ☐ Set for DISCOVERY DISCLOSURE DATE: |
| ☐ | WAIVER of Speedy Trial. CRIMINAL TERM: |
| √ | NOTICE to retained Criminal Defense Attorney handed to counsel |